

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00652-CR

Antonine D. **HENDERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5195W
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 16, 2015.

_____
Luz Elena D. Chapa, Justice